Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL
OATA-2023-151[1]

| | | |
|---|---|---|
| PEERLESS OIL & CHEMICALS, INC.<br><br>Recurrido<br><br>Vs.<br><br>CARLA CAMIR CANCEL CARDONA, FULANO, ABC<br><br>Peticionaria | TA2025CE00188 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Civil Núm.; PO2024CV00841<br><br>Sobre: Injunction (Entredicho Provisional, Injunction Preliminar y Permanente), Incumplimiento de Contrato, Sentencia Declaratoria |

Panel integrado por su presidenta, la Juez Aldebol Mora, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

Cruz Hiraldo, Juez Ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 28 de agosto de 2025.

Comparece la parte peticionaria, la señora Carla Camir Cancel Cardona, solicita la revocación de dos resoluciones interlocutorias,[2] emitidas por el Tribunal de Primera Instancia, Sala Superior de Ponce. En la *primera* resolución el foro de primera instancia limitó a 20 preguntas el pliego interrogatorio notificado por la parte peticionaria a la parte recurrida, Peerless Oil & Chemicals, Inc., declaró no ha lugar una solicitud de sanciones y no ha lugar una solicitud de desestimación. Mediante la *segunda* resolución, el foro recurrido denegó celebrar una vista para decidir sobre una de las cuestiones medulares en la demanda, disponiendo en síntesis que se celebraría la misma, posteriormente, durante el juicio en su

---

[1] Mediante la Orden Administrativa OATA-2023-151 se designa a la Hon. Waleska I. Aldebol Mora en sustitución del Hon. Abelardo Bermúdez Torres.

[2] SUMAC-0143: Resolución de 12 de junio de 2025. SUMAC-0144: Resolución de 12 de junio de 2025.

fondo. Sobre dichas determinaciones, la parte peticionaria presentó solicitudes de reconsideración,[3] las cuales fueron denegadas.[4]

En desacuerdo, compareció la parte peticionaria mediante un recurso de certiorari para solicitar la revisión de ambos dictamenes. Por otro lado, la parte recurrida compareció para presentar su oposición. La parte peticionaria también presentó una mocion en auxilio de jurisdicción la cual declaramos "no ha lugar". La parte peticionaria presentó reconsideración sobre la resolucion antes referida.

Evaluado el expediente en su totalidad, incluyendo, además, las determinaciones objeto de revisión, así como el derecho aplicable, no hemos encontrado que el foro primario haya actuado con prejuicio o parcialidad, que haya habido un craso abuso de discreción ni tampoco, que las determinaciones sean manifiestamente erróneas. Es por lo anterior, que no procede nuestra intervención en esta etapa de los procedimientos. Por tanto, en virtud de lo dispuesto en la Regla 52.1 de las Reglas de Procedimiento Civil[5], y la Regla 40 del Reglamento de este Tribunal[6], acordamos denegar la expedición del auto de *Certiorari.*

Por los fundamentos que anteceden, se *deniega* la expedición del auto de *Certiorari* y en consecuencia, se *deniega* la reconsideración solicitida por la parte recurrida sobre la resolución denegatoria del auxilio de jurisdicción. Devolvemos el caso al foro primario para la continuación de los procedimientos.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente.**

---

[3] *Íd.*
[4] *Íd.*
[5] 32 LPRA Ap. V, R. 52.1.
[6] 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones